# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155582

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAMON LEE BRYANT,
      Defendant-Appellant.

SC: 155582
COA: 336132
Kent CC: 01-008625-FC

_____/

      On order of the Court, the application for leave to appeal the February 17, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2018

Clerk

d0419